IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )         2:08cr122-MHT
                            )              (WO)
MARK FREDERICK HARIGAN      )
```

ORDER

This case is before the court on defendant Mark Frederick Harigan's petition for early termination of his life term of supervised release. The Probation Office confirmed that Harigan has successfully completed over seven years of his term of supervised release as well as maintained strict compliance with the conditions of the Sex Offender Registration and Notification Act. Notably, he has completed sex-offender treatment, maintained employment and stable housing, and passed all polygraph examinations and drug screens.

Furthermore, both the government and Probation Office recommend that Harigan's term of supervised release be terminated and thus do not oppose the

motion.  Based on these factors, the court concludes that early termination of supervised release is appropriate.

                              ***

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 61) is granted.

(2) Defendant Mark Frederick Harigan's term of supervised release is terminated and he is discharged.

DONE, this the 31st day of October, 2023.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**